IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SANTIAGO ABREU,<br><br>        Plaintiff,<br><br>v.<br><br>RALPH LAUREN RETAIL, INC., d/b/a RALPH LAUREN,<br><br>        Defendant. | No. 15-cv-10102<br><br>Hon. Judge John J. Tharp, Jr.<br><br>Magistrate Judge Maria Valdez |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SANTIAGO ABREU, and Defendant RALPH LAUREN RETAIL, INC. d/b/a RALPH LAUREN, hereby stipulate, by and through their respective undersigned counsels, to the dismissal of this case without prejudice, to become a dismissal with prejudice after thirty (30) days unless either party files a motion to the contrary, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

| **SANTIAGO ABREU** | **RALPH LAUREN RETAIL, INC.** |
|---|---|
| /s/ Jason S. Weiss | /s/ Kwabena A. Appenteng |
| *One of his attorneys* | *One of its attorneys* |
| Jason S. Weiss | Paul E. Bateman |
| **WEISS LAW GROUP, P.A.** | Kwabena A. Appenteng |
| 5531 N. University Drive, Suite 103 | **LITTLER MENDELSON, P.C.** |
| Coral Springs, FL 33067 | 321 N. Clark Street, Suite 1000 |
| | Chicago, IL 60654 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

-2-

## CERTIFICATE OF SERVICE

Kwabena A. Appenteng, an attorney, hereby certifies that on February 19, 2016, he caused a copy of the parties' **Stipulation of Dismissal** to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF (*electronic case filing*) system, which sent notification via electronic mail of such filing to the following ECF participant:

>Jason S. Weiss, Esq.
>**WEISS LAW GROUP, P.A.**
>5531 N. University Drive
>Suite 103
>Coral Springs, FL 33067
>*jason@jswlawyer.com*

>　　　/s/ Kwabena A. Appenteng　　　
>*One of the attorneys for Ralph Lauren Retail, Inc.*